Opinion issued March 26, 2020



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00363-CR

_____

**THE STATE OF TEXAS, Appellant**

**V.**

**JOHN WRIGHT, Appellee**

---

**On Appeal from the County Court at Law**
**Waller County, Texas**
**Trial Court Case No. CC18-152**

---

## MEMORANDUM OPINION

Appellant, the State of Texas, has filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued. *See* TEX. R. APP. P. 42.2(a), (b). Accordingly, we grant the motion and dismiss the appeal. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.

Do not publish. TEX. R. APP. P. 47.2(b).